IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | | |
|---|---|---|
| RON PETERSON FIREARMS, LLC;<br>DALE RUTHERFORD, d/b/a<br>THE COP SHOP, and TRACY RIFLE<br>AND PISTOL, INC.<br><br>   Plaintiffs-Appellants<br><br> v.<br><br>B. TODD JONES<br><br>   Defendant-Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Nos. 13-2054, 13-2055 |

**STATEMENT CONCERNING PRIOR OR RELATED APPEALS**

  COMES NOW Plaintiff-Appellant, Ron Peterson Firearms, LLC, by counsel, and states that there are no prior or related appeals.

            Respectfully Submitted,

            Ron Peterson Firearms LLC
            By counsel

            /s/ Richard E. Gardiner
            RICHARD E. GARDINER
            D.C. Bar No. 386915
            regardiner@cox.net

            /s/ Stephen P. Halbrook
            STEPHEN P. HALBROOK
            D.C. Bar No. 379799
            protell@aol.com

Suite 403
3925 Chain Bridge Road
Fairfax, VA  22030
(703) 352-7276

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing STATEMENT CONCERNING PRIOR OR RELATED APPEALS was served on all counsel of record through the court's CM/ECF system this 3rd day of June, 2013.

                                              /s/ Richard E. Gardiner
                                              RICHARD E. GARDINER

Date: June 3, 2013